**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-23649-DAMIAN/VALLE**

**WILLIAM PAUL** and **DESI WARNER**,

       Plaintiffs,

v.

**THE GRAND CONDOMINIUM
ASSOCIATION, INC.**, *et al.*,

       Defendants.

_____/

## <u>ORDER ON MOTION TO STAY CASE</u>

**THIS CAUSE** came before the Court on Defendants, The Grand Condominium Association, Inc.'s, JJN Real Estate, LLC's, Edgewater One Realty, Inc.'s, and Daniel Nault's, Unopposed Motion to Stay, filed October 17, 2024 [ECF No. 68 (the "Motion")].

THE COURT has reviewed the Motion, the record, and applicable law and is otherwise fully advised.

In the Motion, Defendants explain that Plaintiff Desi Warner is presently in circumstances under which he is unable to participate in discovery—namely, that they have recently learned that Warner is currently incarcerated in Georgia. This Court agrees that Defendants have demonstrated good cause for the requested stay as they have not yet received important discovery responses from Warner and have been unable to take his deposition. However, Plaintiffs are reminded that this is their case, and they are responsible for assuring that it is prosecuted. As such, the Court will not grant an indefinite stay based on a plaintiff's inability to prosecute his case.

Accordingly, for the reasons provided, it is

**ORDERED** that this case is **STAYED**. The Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. It is further

**ORDERED AND ADJUDGED** that the parties shall file a Joint Status Report no later than **sixty (60) days** from the date of the instant Order. The Joint Status Report shall apprise the Court of the status of the Plaintiff's ability to participate in discovery.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 21st day of October, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**