UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23649-DAMIAN/VALLE

**WILLIAM PAUL** and **DESI WARNER**,

    Plaintiffs,

v.

**THE GRAND CONDOMINIUM
ASSOCIATION, INC.**, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## BASED ON JOINT STIPULATION

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 80 (the "Stipulation")], filed October 3, 2025. Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the Stipulation is signed by all parties who have appeared. The Stipulation specifies that the dismissal is with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** the case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 3rd day of October, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**